IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CYNTHIA ROBERTS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 6:06cv00047 <br><br> MEMORANDUM OPINION and ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion for Summary Judgment, filed on December 11, 2007 (docket entry no. 28). For the reasons stated in the accompanying Memorandum Opinion and Order:

(1) Plaintiff's suit is hereby TERMINATED;

(2) the Clerk of the Court is hereby ordered to STRIKE this case from the docket of the Court.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: April 4, 2008

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE